IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN E. WATTERS,<br><br>    Plaintiff,<br><br>  v.<br><br>JESSE S. RINCON,<br><br>    Defendant.<br> | No. C 02-02199 JSW<br><br>**ORDER SETTING STATUS CONFERENCE** |

On July 25, 2005, this Court issued an order appointing counsel and stayed the matter for four weeks. The parties are HEREBY ORDERED to appear for a status conference on December 16, 2005 at 1:30 p.m. and should serve a status report by no later than December 9, 2005.

**IT IS SO ORDERED**.

Dated: November 17, 2005

                                                                       JEFFREY S. WHITE<br>
                                                                       UNITED STATES DISTRICT JUDGE