| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|   | KEVIN A. FITZGERALD (SBN 211250) |
| 2 | SHEILA M. PIERCE (SBN 232610) |
|   | 1900 University Avenue |
| 3 | East Palo Alto, CA 94303-2223 |
|   | Telephone: (650) 849-4400 |
| 4 | Facsimile: (650) 849-4800 |
|   | email: kevin.fitzgerald@bingham.com |
| 5 |      sheila.pierce@bingham.com |
| 6 | |
|   | Attorneys for Plaintiff, |
| 7 | MELVIN EUGENE WATTERS |
| 8 | |
|   | BILL LOCKYER |
| 9 | Attorney General |
|   | JAMES T. HUMES |
| 10 | Chief Assistant Attorney General |
|   | THOMAS S. PATTERSON |
| 11 | Supervising Deputy Attorney General |
|   | TRACE O. MAIORINO (SBN 179749) |
| 12 | Deputy Attorney General |
|   | 455 Golden Gate Avenue, Suite 11000 |
| 13 | San Francisco, CA 94102-7004 |
|   | Telephone: (415) 703-5975 |
| 14 | Facsimile:  (415) 703-5843 |
| 15 | Attorneys for Defendant |
|   | JESSE S. RINCON |
| 16 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 20 | MELVIN EUGENE WATTERS, | No. C-02-2199 JSW (PR) |
| 21 | Plaintiff, | STIPULATION EXTENDING TIME |
| 22 | v. | FOR PARTIES TO EXCHANGE EXPERT WITNESS DISCLOSURES |
| 23 | JESSE S. RINCON, | AND REPORTS |
| 24 | Defendant. | |
| 25 | | |
| 26 | | |

Case No. C-02-2199 CRB (PR)
STIPULATION EXTENDING TIME FOR PARTIES TO EXCHANGE EXPERT WITNESS DISCLOSURES
AND REPORTS

PA/52180651.1/0999996-2960011748

1    WHEREAS the parties have agreed that extending the time to disclose expert witnesses
2    does not prejudice either party, and allows the expert witnesses to fully prepare their required
3    reports;
4    WHEREAS this is the first extension sought for the purpose of extending time for
5    exchanging expert disclosures and reports;
6    WHEREAS this stipulation does not alter the date or any event or deadline, other than the
7    exchanging of expert disclosures and reports, already fixed by this Court;
8    WHEREAS the parties have in good faith conferred and have agreed upon the date and
9    for good cause shown; therefore
10   Pursuant to Civil L.R. 6-2 and Civil L.R. 7-12, Plaintiff Melvin Eugene Watters, and
11   Defendant Jesse S. Rincon, through their respective undersigned counsel, and subject to the
12   Court's approval, hereby stipulate to the following:
13       1)    The time for Plaintiff and Defendant to exchange expert witness lists and reports
14   is extended to and includes April 21, 2006.
15   / / /
16   / / /
17   / / /
18
19
20
21
22
23
24
25
26

1  DATED: April 7, 2006
2
3                                    Bingham McCutchen LLP
4
5
                                     By:_____/s/_____
6                                            Sheila M. Pierce
                                             Attorneys for Plaintiff
7                                         MELVIN EUGENE WATTERS
8
   DATED: April 7, 2006
9
10
11
12
                                     By:_____/s/_____
13                                           Trace O. Maiorino
                                          Deputy Attorney General
14                                         Attorneys for Defendant
                                              Jesse S. Rincon
15
16
17
         PURSUANT TO STIPULATION, IT IS SO ORDERED
18
19 DATED: April _7_, 2006
20
21
22
23                                   By:_____/s/ Jeffrey S White_____
                                          Honorable Jeffrey S. White
24                                     United States District Court Judge
25
26

3                                    Case No. C-02-2199 CRB (PR)
STIPULATION EXTENDING TIME FOR PARTIES TO EXCHANGE EXPERT WITNESS DISCLOSURES
                                  AND REPORTS
PA/52180651.1/0999996-2960011748

|   |   |
|---|---|
| 1 | <u>PROOF OF SERVICE</u> |

2  I am over 18 years of age, not a party to this action and employed in the County

3  of San Mateo, California at 1900 University Avenue, East Palo Alto, California 94303-2223. I

4  am readily familiar with the practice of this office for collection and processing of

5  correspondence for next business day delivery by FedEx, and correspondence is deposited with

6  FedEx that same day in the ordinary course of business.

7  Today I served the attached:

8  ~~PLAINTIFF MELVIN EUGENE WATTERS' RESPONSES TO
   DEFENDANT'S SPECIAL INTERROGATORIES, SET ONE~~

9

10  by causing a true and correct copy of the above to be delivered by FedEx from East Palo Alto,

11  California in sealed envelope(s) with all fees prepaid, addressed as follows:

12  Trace Maiorino
    Office of the Attorney General
    455 Golden Gate Avenue Suite 11000
13  San Francisco, CA 94102-7004

14  I declare that I am employed in the office of a member of the bar of this court at

15  whose direction the service was made and that this declaration was executed on March 29, 2006.

16

17

18                                                  Diane Lizardo

19

20

21

22

23

24

25

26

|   |   |
|---|---|
| 1 | <u>PROOF OF SERVICE</u> |
| 2 | I am over 18 years of age, not a party to this action and employed in the County |
| 3 | of San Mateo, California at 1900 University Avenue, East Palo Alto, California 94303-2223. I |
| 4 | am readily familiar with the practice of this office for collection and processing of |
| 5 | correspondence for mailing with the United States Postal Service and correspondence is |
| 6 | deposited with the United States Postal Service that same day in the ordinary course of business. |
| 7 | Today I served the attached: |
| 8 9 | PLAINTIFF MELVIN EUGENE WATTERS' RESPONSES TO DEFENDANT'S SPECIAL INTERROGATORIES, SET ONE |
| 10 | by causing a true and correct copy of the above to be placed in the United States Mail at East Palo Alto, California in sealed envelope(s) with postage prepaid, addressed as follows: |
| 11 | |
| 12 | Jesse S. Rincon<br>c/o Salinas Valley State Prison<br>P.O. BOX 1020 |
| 13 | Soledad, CA 93960-1020 |
| 14 | I declare that I am employed in the office of a member of the bar of this court at |
| 15 | whose direction the service was made and that this declaration was executed on March 29, 2006. |
| 16 | |
| 17 | _____ |
| 18 | Diane Lizardo |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |

1      Case No. C-02-2199 CRB (PR)