**BILL LOCKYER**
*Attorney General*

*State of California*
***DEPARTMENT OF JUSTICE***



455 GOLDEN GATE AVENUE, SUITE 11000
SAN FRANCISCO, CA 94102-7004

Public: (415) 703-5500
Telephone: (415) 703-5975
Facsimile: (415) 703-5843
E-Mail: Trace.Maiorino@doj.ca.gov

April 12, 2006

The Honorable Bernard Zimmerman
United States Magistrate Judge
United States District Court, Northern District
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

RE:   *Melvin Eugene Watters v. J. Rincon*
      United States District Court, Northern District of California, Case No. C-02-2199 JSW (PR)

Dear Magistrate Judge Zimmerman:

This matter is currently scheduled for a settlement conference on April 28, 2006. This office represents Defendant Jesse Rincon (Defendant) in this matter.

We respectfully request that the Defendant be excused from personal attendance at the settlement conference and from being available to participate by telephone for the duration of the settlement conference.

Generally, an individual prison official or employee represented by state attorneys would not participate in a settlement conference. Defendant's employer, the California Department of Corrections and Rehabilitation (CDCR), has the authority to pay any settlement or carry out any other relief agreed to at the settlement conference. Therefore, a representative from CDCR Office of Legal Affairs will attend the conference with authority to settle this case on behalf of Defendant. Further, personal attendance at the settlement conference poses an undue hardship on Defendant who is a correctional officer at Salinas Valley State Prison in Soledad, California. Defendant also requests that he be excused from having to be available by telephone for the duration of the settlement conference given the nature of his employment duties. Again, the representative from CDCR will attend the conference with authority to settle on Defendant's behalf.

The Honorable Bernard Zimmerman
April 12, 2006
Page 2


   All counsel are being served a copy of this request and proposed order. Thank you for your consideration of this request.

                Sincerely,

                TRACE O. MAIORINO
                Deputy Attorney General

            For  BILL LOCKYER
                Attorney General

TOM:hs

Encl.

cc: Mike Davis, Esq., CDCR Office of Legal Affairs
   Kevin Fitzgerald, Esq., Plaintiff's Counsel
   Sheila Pierce, Esq., Plaintiff's Counsel

20044658.wpd

*[Handwritten: Granted / Bernard Zimmerman]*