| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | KEVIN A. FITZGERALD (SBN 211250) |
| 2 | SHEILA M. PIERCE (SBN 232610) |
| | 1900 University Avenue |
| 3 | East Palo Alto, CA 94303-2223 |
| | Telephone: (650) 849-4400 |
| 4 | Facsimile: (650) 849-4800 |
| | email: kevin.fitzgerald@bingham.com |
| 5 | sheila.pierce@bingham.com |
| 6 | |
| | Attorneys for Plaintiff, |
| 7 | MELVIN EUGENE WATTERS |
| 8 | |
| | BILL LOCKYER |
| 9 | Attorney General |
| | JAMES T. HUMES |
| 10 | Chief Assistant Attorney General |
| | THOMAS S. PATTERSON |
| 11 | Supervising Deputy Attorney General |
| | TRACE O. MAIORINO (SBN 179749) |
| 12 | Deputy Attorney General |
| | 455 Golden Gate Avenue, Suite 11000 |
| 13 | San Francisco, CA 94102-7004 |
| | Telephone: (415) 703-5975 |
| 14 | Facsimile: (415) 703-5843 |
| 15 | Attorneys for Defendant |
| | JESSE S. RINCON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELVIN EUGENE WATTERS, | No. C-02-2199 JSW (PR) |
| Plaintiff, | PLAINTIFF'S REQUEST TO EXTEND TIME TO EXCHANGE EXPERT WITNESS REPORTS AND [PROPOSED] ORDER |
| v. | |
| JESSE S. RINCON, | |
| Defendant. | |

PA/52181366.1　　　　　　　　　　　　　　　　　　　　　Case No. C-02-2199 CRB (PR)

PLAINTIFF'S REQUEST TO EXTEND TIME TO EXCHANGE EXPERT WITNESS REPORTS

| | |
|---|---|
| 1 | Pursuant to Civil L.R. 6-3 and 7-11, Plaintiff Melvin Eugene Watters ("Plaintiff") |
| 2 | requests a 14 day extension of the deadline to exchange expert reports. The current deadline to |
| 3 | identify experts and exchange expert witness reports is April 21, 2006, with rebuttal reports due |
| 4 | May 11, 2006. Plaintiff request that the date to exchange expert reports be extended to May 5, |
| 5 | with rebuttal report due May 22, 2006. Plaintiff requests that the date to identify expert and |
| 6 | rebuttal expert witnesses remain unchanged. |
| 7 | Plaintiff requires additional time because Plaintiff's original expert recently |
| 8 | discovered a conflict of interest while reviewing materials related to this case which prevented |
| 9 | further work on this case. The expert advised Plaintiff of the conflict last Sunday, and Plaintiff |
| 10 | has since retained a new expert witness. *See* Declaration of Kevin Fitzgerald in Support of |
| 11 | Plaintiff's Request to Extend Time to Exchange Expert Witness Reports ("Fitzgerald Decl.") at |
| 12 | ¶ 2. Plaintiff's new expert will need until May 5, 2006 to review all of the case materials and |
| 13 | complete his report. Fitzgerald Decl. at ¶ 6. |
| 14 | The parties met and conferred regarding the request for more time but were |
| 15 | unable to reach an agreement. Fitzgerald Decl. at ¶ 4. Defendant's grounds for denying the |
| 16 | extension are set forth in the April 19, 2006 letter from Deputy Attorney General Trace |
| 17 | Maiorino. Fitzgerald Decl. at ¶ 5, Exh. A. Mr. Maiorino is concerned that he will not have |
| 18 | enough time to depose Plaintiff's expert before the deadline to file motions in limine on June 6, |
| 19 | 2006. Mr. Maiorino's concern is unfounded, and Defendant will not suffer any prejudice from |
| 20 | the proposed 14-day extension. First, Plaintiff will designate a single expert on May 5, leaving |
| 21 | Defendant fully 30 days to depose Plaintiff's expert before the June 6 "deadline." Defendant |
| 22 | will also have over two weeks to depose rebuttal experts, if any. Second, the expert's report will |
| 23 | contain all of the grounds necessary to file a motion in limine. Thus, even if the deposition of |
| 24 | Plaintiff's expert is somehow delayed, Defendant will not suffer any prejudice. |
| 25 | In contrast, Plaintiff will suffer substantial harm if the Court does not grant the |
| 26 | extension. Plaintiff's expert is expected to opine on a variety of topics, including training of |

PA/52181366.1                                 Case No. C-02-2199 CRB (PR)

PLAINTIFF'S REQUEST TO EXTEND TIME TO EXCHANGE EXPERT WITNESS REPORTS

1  correctional officers and the proper use of force in a maximum security prison. Unless Plaintiff's
2  request is granted, Plaintiff will be unable to offer any expert testimony on this crucial area.
3
4  DATED: April 19, 2006
5                                         Bingham McCutchen LLP
6
7
8                              By:_____/s/_____
                                         Kevin Fitzgerald
                                       Attorneys for Plaintiff
9                                      MELVIN EUGENE WATTERS
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

1
2   Having considered Plaintiff's Request to Extend Time to Exchange Expert Reports, the
3   Court hereby ORDERS:
4   1. The last day to produce written expert reports is May 5, 2006:
5   2. The last day to produce rebuttal expert reports is May 22, 2206;
6   3. All other deadlines remain unchanged.
7   IT IS SO ORDERED
8
    DATED: April 26, 2006
9
10
11
12
            By: _____
13              Honorable Jeffrey S. White
                United States District Court Judge
14

PA/52181366.1                                              Case No. C-02-2199 CRB (PR)