1   BINGHAM McCUTCHEN LLP
    KEVIN A. FITZGERALD (SBN 211250)
2   SHEILA M. PIERCE (SBN 232610)
    1900 University Avenue
3   East Palo Alto, CA  94303-2223
    Telephone:  (650) 849-4400
4   Facsimile:  (650) 849-4800
    email: kevin.fitzgerald@bingham.com
5           sheila.pierce@bingham.com

6
    Attorneys for Plaintiff,
7   MELVIN EUGENE WATTERS

8
    BILL LOCKYER
9   Attorney General
    JAMES T. HUMES
10  Chief Assistant Attorney General
    THOMAS S. PATTERSON
11  Supervising Deputy Attorney General
    TRACE O. MAIORINO (SBN 179749)
12  Deputy Attorney General
    455 Golden Gate Avenue, Suite 11000
13  San Francisco, CA 94102-7004
    Telephone:  (415) 703-5975
14  Facsimile:   (415) 703-5843

15  Attorneys for Defendant
    JESSE S. RINCON
16
                     UNITED STATES DISTRICT COURT
17
                   NORTHERN DISTRICT OF CALIFORNIA
18
                      SAN FRANCISCO DIVISION
19

20
    MELVIN EUGENE WATTERS,              No. C-02-2199 JSW (PR)
21
               Plaintiff,              STIPULATION TO VACATE CASE
22        v.                           SCHEDULE AND CONTINUE CASE
                                       MANAGEMENT CONFERENCE AND
23  JESSE S. RINCON,                   [PROPOSED] ORDER

24             Defendant.

25

26

1      WHEREAS the parties have agreed to a full and final settlement of this lawsuit;

2      WHEREAS the California Department of Corrections and Rehabilitation ("CDCR") has

3   agreed to pay Plaintiff $10,000.00, minus restitution fees and costs, on behalf of Defendant Jesse

4   Rincon;

5      WHEREAS the CDCR has advised Plaintiff that it may not be able to render final

6   payment until 90 days after the passage of the 2006-2007 budget for the State of California and

7   appropriation of such funds;

8      WHEREAS Plaintiff Melvin Eugene Watters and Defendant Jesse S. Rincon, through

9   their respective undersigned counsel, and subject to the Court's approval, have in good faith

10   conferred stipulate to the following:

11      1)    The current case schedule, adopted by this Court on December 16, 2005, shall be

12   vacated;

13      2)    The current case management conference scheduled for May 26, 2006 at 1:30

14   p.m. shall be continued 90 days until August 18, 2006, or such time as this Court deems

15   appropriate.

16
    DATED:  May 22, 2006
17

18                      Bingham McCutchen LLP

19

20

21   By:_____/s/_____
                        Kevin Fitzgerald
22                      Attorneys for Plaintiff
                        MELVIN EUGENE WATTERS
23

24

25

26

PA/52183042.2

STIPULATION TO VACATE CASE SCHEDULE AND CONTINUE CASE MANAGEMENT CONFERENCE

1    DATED:  May 22, 2006

2

3

4

5                                    By: _____/s/_____

6                                          Trace O. Maiorino
                                          Deputy Attorney General

7                                          Attorneys for Defendant
                                        Jesse S. Rincon

8

9

10        PURSUANT TO STIPULATION, IT IS SO ORDERED

11

12    DATED:  May 23, 2006

13

14

15                                      By: _____

16                                        Honorable Jeffrey S. White

17                                        United Sates District Court Judge

18

19

20

21

22

23

24

25

26

PA/52183042.2

STIPULATION TO VACATE CASE SCHEDULE AND CONTINUE CASE MANAGEMENT CONFERENCE