| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| | KEVIN A. FITZGERALD (SBN 211250) |
| 2 | SHEILA M. PIERCE (SBN 232610) |
| | 1900 University Avenue |
| 3 | East Palo Alto, CA 94303-2223 |
| | Telephone: (650) 849-4400 |
| 4 | Facsimile: (650) 849-4800 |
| | email: kevin.fitzgerald@bingham.com |
| 5 | sheila.pierce@bingham.com |
| 6 | |
| | Attorneys for Plaintiff, |
| 7 | MELVIN EUGENE WATTERS |
| 8 | |
| | BILL LOCKYER |
| 9 | Attorney General |
| | JAMES T. HUMES |
| 10 | Chief Assistant Attorney General |
| | THOMAS S. PATTERSON |
| 11 | Supervising Deputy Attorney General |
| | TRACE O. MAIORINO (SBN 179749) |
| 12 | Deputy Attorney General |
| | 455 Golden Gate Avenue, Suite 11000 |
| 13 | San Francisco, CA 94102-7004 |
| | Telephone: (415) 703-5975 |
| 14 | Facsimile: (415) 703-5843 |
| 15 | Attorneys for Defendant |
| | JESSE S. RINCON |
| 16 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELVIN EUGENE WATTERS, | No. C-02-2199 JSW (PR) |
| Plaintiff, | JOINT CASE MANAGEMENT STATEMENT AND [PROPOSED] ORDER |
| v. | |
| JESSE S. RINCON, | Date: August 18, 2006 |
| Defendant. | Time: 1:30 p.m. |

1  Pursuant to the Local Rule 16-10(d), the parties in the above-entitled action submit the
2  following Joint Supplemental Case Management Statement.

3  **DESCRIPTION OF SUBSEQUENT CASE DEVELOPMENTS**

4  Following a Settlement Conference with Judge Zimmerman on April 28, 2006, the parties
5  agreed to settle this case for $10,000. Plaintiff acknowledges that he must pay restitution, but the
6  CDCR is still working on providing an accounting of the exact amount of restitution owed. The
7  parties have agreed to the terms of the Settlement Agreement, and the only remaining issue
8  concerns the exact amount of restitution owed by Plaintiff. Once determined, the CDCR will
9  issue a check for the remaining balance and the parties will file a stipulated dismissal.

10  The parties request that a further case management conference be scheduled for
11  September 22, 2006 at 1:30 p.m., or such time as this Court deems appropriate. The parties hope
12  to have a stipulated dismissal filed before the next case management conference.

13
14  DATED: August 7, 2006

15  Bingham McCutchen LLP
16
17
18  By: _____
     Kevin Fitzgerald
19   Attorneys for Plaintiff
     MELVIN EUGENE WATTERS

PA/52187016.1

2  Case No. C-02-2199 CRB (PR)

JOINT CASE MANAGEMENT CONFERENCE STATEMENT

1  DATED: August 8, 2006

2

3

4

5            By: /s/ Trace Maiorino

6                Trace O. Maiorino
                 Deputy Attorney General
7                Attorneys for Defendant
                 Jesse S. Rincon

8
    The Court will hold a case management conference on September 22, 2006 at 1:30 p.m.
9

10          IT IS SO ORDERED

11
    DATED: August 8 , 2006
12

13

14

15
             By: /s/ Jeffrey S. White
16               Honorable Jeffrey S. White
                 United States District Court Judge
17

18

19

20

21

22

23

24

25

26